# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Anthony Dixon | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:17-2868-RMG |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The decision of the Commissioner is reversed and remanded pursuant to 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, who granted defendant's Motion to Remand.

Date: April 9, 2018

ROBIN L. BLUME
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*